IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN PFLIPSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 5:20-cv-1095 |
| WAJ-HARDY OAK, LLC d/b/a ) | |
| LEON VALLEY CENTER, ) | |
| ) | |
| Defendant. ) | |

**VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT,
WAJ-HARDY OAK, LLC d/b/a LEON VALLEY CENTER**

COMES NOW the Plaintiff in the above-captioned case, pursuant to Federal Rule of Civil Procedure No. 41(a), by and through the undersigned lead trial attorney and files this Notice of Voluntary Dismissal with prejudice as to Defendant WAJ-Hardy Oak, LLC d/b/a Leon Valley Center.

Respectfully submitted this 16th day of October, 2020.

*s/Dennis R. Kurz*
_____
Dennis R. Kurz
TX Bar No. 24068183

4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
(404) 805-2494 Phone
(770) 428-5356 Facsimile
dennis@kurzlawgroup.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party in the foregoing matter with copies of the following pleadings by First Class US Mail as follows:

R. David Fritsche, Esq.
LAW OFFICE OF R. DAVID FRITSCHE, ESQ.
921 Proton Road
San Antonio, Texas 78258
davide@laordf.com
*Attorney for Defendant, WAJ-Hardy Oak, LLC d/b/a Leon Valley Center*

This 16th day of October, 2020.


*s/Dennis R. Kurz*
_____
Dennis R. Kurz
TX Bar No. 24068183

KURZ LAW GROUP, LLC
4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
(404) 805-2494 Phone
(770) 428-5356 Facsimile
dennis@kurzlawgroup.com